## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

MILES E. JACKSON                          :

       Plaintiff,                        :      Hon. Joseph H. Rodriguez

       v.                                :      Civil Action No. 08-6403

GANNETT CO., INC. d/b/a THE               :
DAILY JOURNAL,                                   **ORDER**

       Defendants.                       :

_____:

This matter having come before the Court on Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 [Dkt. No. 23]; and the Court having considered the written submissions of the parties; and the Court having heard oral argument on the motion on July 14, 2011; and for the reasons set forth in the accompanying Opinion issued on even date,

IT IS on this 3rd day of August, 2011 hereby ORDERED as follows:

Defendants' motion is GRANTED IN PART and DENIED IN PART;

Defendants' motion is GRANTED as to Plaintiff's NJLAD hostile work environment claim, NJLAD retaliation claim, FMLA interference claim, and request for punitive damages under the FMLA; and

Defendants' motion is DENIED as to Plaintiffs' NJLAD failure to accommodate claim, NJLAD termination claim, FMLA retaliation claim, and request for punitive damages under the NJLAD.

                    /s/ Joseph H. Rodriguez
                    Hon. Joseph H. Rodriguez,
                    United States District Judge